Kelly H. Dove, NV Bar No. 10569
Jennifer B. Lustig, NV Bar No. 9110
SNELL & WILMER LLP
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Ford Motor Credit Company, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAJD KHOURI,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No.: 2:26-cv-02133- JAD-DJA<br><br>**STIPULATION & ORDER TO EXTEND DEADLINE FOR FORD MOTOR CREDIT COMPANY, LLC TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff, Majd Khouri ("Plaintiff") and Defendant, Ford Motor Credit Company, LLC ("FMCC") hereby stipulate and agree to extend FMCC's deadline to respond to Plaintiff's complaint from the current deadline of August 7, 2026 to August 28, 2026 based on the following:

1. Plaintiff filed the Complaint [ECF No. 1] on July 14, 2026.

2. Plaintiff served the Complaint upon the registered agent for Ford Motor Credit Company, LLC on July 17, 2026 making the response due August 7, 2026.

3. Defendant requests an extension of three weeks to respond to Plaintiff's complaint, up to August 28, 2026.

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:



SNELL & WILMER

1. The Parties stipulate and agree to extend the deadline for FMCC to file its response to the Complaint, up to and including **August 28 2026**, to allow FMCC sufficient time to investigate Plaintiff's allegations, complete the response, and to allow for client review.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: July 31, 2026

SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135

*Attorneys for Defendant Ford Motor Credit Company, LLC.*

Dated: July 31, 2026.

KAZEROUNI LAW GROUP, APC

By: */s/ Mona Amini*
Gustavo Ponce (NV Bar No. 15084)
Mona Amini, Esq. (NV Bar No. 15381)
6940 S. Cimarron Rd., Ste 210
Las Vegas, NV 89113

*Attorneys for Plaintiff Madj Khouri*

**ORDER**

Good cause appearing, the foregoing stipulation is GRANTED. FMCC shall have through and until August 28, 2026 to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/4/2026

Respectfully submitted by:

SNELL & WILMER, LLP

By: */s/ Kelly H. Dove*
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865
*Attorneys for Defendant Wells Fargo Bank, N.A.*

SNELL & WILMER