GIA N. MARINA, ESQ
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
Telephone: (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| MAJD KHOURI,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC, EXPERIAN INFORMATION SOLUTIONS, INC, and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No. 2:26-cv-02133-JAD-DJA<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to, by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from August 6, 2026, through and including September 4, 2026.

///

///

///

///

The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 6th day of August 2026.

CLARK HILL PLLC

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
Email: gmarina@clarkhill.com
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Telephone: (702) 862-8300
*Attorney for Defendant Equifax Information Services LLC*

KAZEROUNI LAW GROUP, APC

/s/ Mona Amini
Mona Amini
mona@kazlg.com
Gustavo E. Ponce
gustavo@kazlg.com
Kazerouni Law Group, APC
6940 S. Cimarron Road
Suite 210
Las Vegas, NV 89113
800-400-6808
Email: mona@kazlg.com
*Attorneys for Plaintiff*

IT IS SO ORDERED:

____________________________
United States Magistrate Judge

DATED: 8/10/2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this August 6, 2026, via the Court's CM/ECF system, which will send notification to all counsel of record.

By: /s/ Gia N. Marina
Gia N. Marina, Esq.
Nevada Bar No. 15276
CLARK HILL PLLC
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*