Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com

*Attorneys for Defendant*
*EXPERIAN INFORMATION SOLUTIONS, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MAJD KHOURI,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR CREDIT COMPANY, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:26-cv-02133-JAD-DJA<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>Complaint filed: July 14, 2026 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Majd Khouri ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation pursuant to LR IA 6-1 to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1).

Plaintiff filed the Complaint on July 14, 2026, (ECF No. 1.) and currently Experian's responsive pleading is due on or about August 6, 2026. Experian has just retained undersigned counsel. This first extension will allow Experian an opportunity to investigate the facts of the case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved shortly. Plaintiff and Experian stipulate and agree that Experian shall have an extension until September 8, 2026, to file its responsive pleading. This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but to

permit Experian an opportunity to more fully investigate the claims alleged after retention of counsel.

**IT IS SO STIPULATED.**

Dated this 6th of August 2026.

NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
Jennifer L. Braster
Nevada Bar No. 9982
10100 W Charleston Blvd, Suite 120
Las Vegas, Nevada 89135
Telephone: (702) 420-7000

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

KAZEROUNI LAW GROUP, APC

By: */s/ Gustavo Ponce*
Gustavo Ponce
Nevada Bar No. 15084
Mona Amini
Nevada Bar No. 15381
6940 S. Cimarron Road, Suite 210
Las Vegas, Nevada 89113

*Attorneys for Plaintiff Majd Khouri*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 12).

DATED: 8/10/2026



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE