Kelly H. Dove, NV Bar No. 10569
Jennifer B. Lustig, NV Bar No. 9110
SNELL & WILMER LLP
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com
jlustig@swlaw.com

*Attorneys for Defendant Ford Motor Credit Company, LLC.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MAJD KHOURI,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC; EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendants. | Case No.: 2:26-cv-02133- JAD-DJA<br><br>**STIPULATION & ORDER TO EXTEND DEADLINE FOR FORD MOTOR CREDIT COMPANY, LLC TO FILE ITS RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiff, Majd Khouri ("Plaintiff") and Defendant, Ford Motor Credit Company, LLC ("FMCC", the together with Plaintiff, the "Parties") hereby stipulate and agree to extend FMCC's deadline to respond to Plaintiff's complaint from the current deadline of August 28, 2026 to September 4, 2026 based on the following:

1. Plaintiff filed the Complaint on July 14, 2026 [ECF No. 1], and served the Summons and Complaint on FMCC on July 17, 2026.

2. On July 31, 2026, the Parties filed a Stipulation and Order to Extend the Deadline for FMCC to File its Response to the Complaint until August 28, 2026 [ECF No. 7], which the Court granted [ECF No. 8.]

3. To allow FMCC sufficient time to evaluate the Complaint and prepare a response thereto, the Parties hereby stipulate and agree to a modest one-week extension for FMCC to respond to Plaintiff's complaint, up to and including September 4, 2026.



SNELL & WILMER

**NOW, THEREFORE**, based on the foregoing and subject to Court approval, the Parties agree as follows:

1. The Parties stipulate and agree to extend the deadline for FMCC to file its response to the Complaint, up to and including **September 4, 2026**, to allow FMCC sufficient time to investigate Plaintiff's allegations, complete the response, and to allow for client review.

2. This extension request is sought in good faith and is not made for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: August 28, 2026

SNELL & WILMER L.L.P.

By: /s/ Kelly H. Dove
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Dr., Ste. 700
Las Vegas, NV 89135

*Attorneys for Defendant Ford Motor Credit Company, LLC.*

Dated: August 28, 2026.

KAZEROUNI LAW GROUP, APC

By: /s/ Gustavo Ponce
Gustavo Ponce (NV Bar No. 15084)
Mona Amini, Esq. (NV Bar No. 15381)
6940 S. Cimarron Rd., Ste 210
Las Vegas, NV 89113

*Attorneys for Plaintiff Madj Khouri*

**ORDER**

Good cause appearing, the foregoing stipulation is GRANTED. FMCC shall have through and until September 4, 2026 to file its response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 8/31/2026

Respectfully submitted by:

SNELL & WILMER, LLP

By: /s/ Kelly H. Dove
Kelly H. Dove (NV Bar No. 10569)
Jennifer B. Lustig (NV Bar No. 9110)
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865

*Attorneys for Defendant Ford Motor Credit Company, LLC*

SNELL & WILMER